

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00221-CV

Comfort **ROBERTS**,
Appellant

v.

**LLOYD DOUGLAS ENTERPRISES LLC** dba River City Care Center
and Steve Robinson,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-12260
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of appeal are assessed against appellant. *See* TEX. R. APP. P. 42.1(d).

SIGNED September 17, 2014.

Sandee Bryan Marion, Justice